# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARK SEIFRIED, | ) |
| Plaintiff | ) ) ) |
| v. | ) **Case No.: 6:12-cv-00060-JHP** |
| ENHANCED RECOVERY COMPANY, LLC. | ) ) ) |
| Defendant | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: June 11, 2012      BY:/s/Tara L. Patterson
Tara L. Patterson, Esquire
PA Attorney ID No. 88343
Kimmel & Silverman, P.C
30 East Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: tpatterson@creditlaw.com